UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
_____

In re:

JACKLINN RAE BRAYAN &
JEFFERY SIMON BRAYAN,

       Debtors.

_____/

Case No. BM 25-90087
Chapter 13

## ORDER REGARDING DEBTORS' MOTIONS TO ENFORCE CONTRACTUAL OBLIGATIONS AND TO ENFORCE THE AUTOMATIC STAY

PRESENT:   HONORABLE JAMES W. BOYD
                  United States Bankruptcy Judge

In accordance with an Opinion Regarding Debtors' Motions to Enforce Contractual Obligations and to Enforce the Automatic Stay, entered on this date, which reasoning is incorporated herein;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1.    The Debtors' *Ex Parte* Motion to Enforce Contractual Obligation of Genesee County Treasurer (Dkt. No. 29) be, and hereby is, DENIED.

2.    The Debtors' *Ex Parte* Motion to Enforce Contractual Obligation of Mackinac County Treasurer (Dkt. No. 31) be, and hereby is, DENIED.

3.    The Debtors' *Ex Parte* Motion to Enforce the Automatic Stay with Sanctions (Dkt. No. 28) be, and hereby is, DENIED.

4.    The Debtors' *Ex Parte* Motion for Contempt of Court and Obstruction of Court Order (Dkt. No. 50) be, and hereby is, DENIED except to the extent that the Genesee County Land Bank sought possession of the property located at 8525 Fenton Road, in Grand Blanc, Michigan and eviction of the Debtors from that property after the filing of the Debtors' bankruptcy case. The court finds that entry of the state court Final Judgment of Possession violated the automatic stay, 11 U.S.C. § 362, and is VOID. This determination is without prejudice to the Land Bank seeking relief from the automatic stay in the future.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order and a copy of the Opinion Regarding Debtors' Motions to Enforce Contractual Obligations and to Enforce the Automatic Stay pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon:

Jacklinn and Jeffery Brayan
P.O. Box 440
Curtis, Michigan 49820

Sandra S. Hamilton, Esq. (via CM/ECF);

Andrew Thompson, Esq. (via CM/ECF);

Kenneth W. Bach, Esq. (via CM/ECF);

Jeremy R.M. Piper, Esq.
601 S. Saginaw St., Suite 202
Flint, Michigan 48502

Kurt A. Steinke, Esq. (via CM/ECF).

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated March 27, 2026**



James W. Boyd
United States Bankruptcy Judge